| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes (Bar No. 90388)<br>Matthew D. Resnik (Bar No. 182562)<br>Roksana D. Moradi (Bar No. 266572)<br>SIMON RESNIK HAYES LLP<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>Telephone: (818) 783-6251<br>Facsimile: (818) 827-4919<br>jhayes@SRHLawFirm.com<br>matthew@SRHLawFirm.com<br>roksana@SRHLawFirm.com | **FILED & ENTERED**<br><br>**SEP 25 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Ogier      **DEPUTY CLERK** |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

| In re: | CASE NO.: 1:13-bk-17281-AA |
|---|---|
| | CHAPTER: 11 |
| CHI H. CHANG, | **ORDER RE: NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL [11 U.S.C. § 363]** |
| | DATE: September 17, 2014<br>TIME:  10:00 a.m.<br>COURTROOM: 303<br>PLACE: United States Bankruptcy Court<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |
| Debtor(s). | |

**Affected Lien Holders**:  Nationstar Mortgage, LLC., Real Time Resolutions, Inc.; Green Tree Servicing, LLC; Select Portfolio Servicing; Montana Bail Bonds, Alomar Bail Bonds;  Fresno County Tax Collector; Maricopa County Treasurer; San Diego County Treasurer

The court has considered **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL [11 U.S.C. § 363]**, docket number (*specify*) <u>64</u>.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                    **F 2081-1.1.ORDER.CASH.COLLATERAL**

1. The Motion was:   ☒ Opposed   ☐ Unopposed   ☐ Settled by stipulation

2. Appearances are stated in the court record.

3. The Motion affects the following Collateral:   ☒ Real Property   ☐ Personal Property

    *Street address:* 2124 E. Vermont Ave.
    *Unit/suite no.:*
    *City, state, zip code:* Fresno, CA 93720

    *Legal description or document recording number (including county of recording):*
    *Lot 72, of Tract 4335, in the City of Fresno, County of Fresno, State of CA, according to the map thereof   recorded in Volume 55, Pages 48 to 49, of Plats, APN: 403-554-10*

    *Street address:* 8720 E. Arlington Rd.
    *Unit/suite no.:*
    *City, state, zip code:* Scottsdale, AZ 85250

    *Legal description or document recording number (including county of recording):*
    *Lot 435, Park Scottsdale Three, according to Book 95 of Maps, Page 15, Records of Maricopa County, AZ APN: 173-71-043-0*

    *Street address:* 391 Alamo Way
    *Unit/suite no.:*
    *City, state, zip code:* Oceanside, CA 92057

    *Legal description or document recording number (including county of recording):*
    *Parcel 1, Lot 40 of River Ranch North, Unit No.1, in the city of Oceanside County of San Deigo, State of California, according to maps thereof , APN 415-40-105481*

4. Based upon the findings and conclusions made at the hearing, IT IS ORDERED THAT:

5. The Motion is granted under:   ☒   11 U.S.C. § 363(c)(2)(A)   ☐ 11 U.S.C. § 363(c)(2)(B)

    a. IT IS FURTHER ORDERED THAT:

    ☐   THIS IS AN INTERIM ORDER, a continued hearing on the further interim use of Cash Collateral shall be held in the same court on Date: _____, Time: _____.

    ☐   Any further opposition to the further interim use of Cash Collateral is to be filed with the court and served upon the Debtor, the United States trustee, the creditor's committee, its counsel, and (if no creditors committee), the 20 largest unsecured creditors by date: _____. If no opposition is filed, any opposition may be deemed waived.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                           **F 2081-1.1.ORDER.CASH.COLLATERAL**

☒ Cash collateral may be used pursuant to the budgets attached hereto.

☒ The parties agree to that the cash collateral payments received by SPS will be applied contractually to the loan.

b. Denied

c. ☐ Granted in part:

☐ Denied in part:

###

Date: September 25, 2014

_____
Alan M. Ahart
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*            Page 3            **F 2081-1.1.ORDER.CASH.COLLATERAL**

| | Jul-14 | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Collateral Budget** <br> **3910 Alamo Way** <br> **Oceanside, CA 92057** | | | | | | | | | | | |
| **Rental Income** | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 | 2400 |
| | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | |
| 1st SPS (PITI) | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 |
| 2nd Real Time Resolutions | | | | | | | | | | | |
| 3rd Alomar Bail Bonds | | | | | | | | | | | |
| 4th Montana Bail Bonds | | | | | | | | | | | |
| HOA | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 | 95 |
| Maintenance/Repairs* | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| **Total Expenses** | **2395** | **2395** | **2395** | **2395** | **2395** | **2395** | **2395** | **2395** | **2395** | **2395** | **2395** |
| | | | | | | | | | | | |
| **Net Income** | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |

**Cash Collateral Budget**
**2124 E. Vermont Ave.**
**Fresno, CA 93720**

| | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rental Income** | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | |
| 1st Nationstar | | | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 | $ 800 |
| 2nd Real Time Resolutions | | | | | | | | | | | |
| 3rd Alomar Bail Bonds | | | | | | | | | | | |
| 4th Montana Bail Bonds | | | | | | | | | | | |
| Property taxes | $ 278 | $ 278 | $ 278 | $ 278 | $ 278 | $ 278 | $ 278 | $ 278 | $ 278 | $ 278 | $ 278 |
| Property Insurance | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 |
| Maintenance/Repairs* | $ 2,000 | $ 2,000 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 |
| **Total Expenses** | $ 2,345 | $ 2,345 | $ 1,495 | $ 1,495 | $ 1,495 | $ 1,495 | $ 1,495 | $ 1,495 | $ 1,495 | $ 1,495 | $ 1,495 |
| | | | | | | | | | | | |
| **Net Income** | $ (845) | $ (845) | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 | $ 5 |

Debtor requires approximately $4,000 to make a one time repair to the side and back yard fence of the property. Debtor will make repairs as funds are available in Cash Collateral account.

**Cash Collateral Budget**
**8720 E. Arlington Rd.**
**Scottsdale, AZ 85250**

| | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rental Income** | $ 1,450 | $ 1,450 | $ 1,450 | $ 1,450 | $ 1,450 | $ 1,450 | $ 1,450 | $ 1,450 | $ 1,450 | $ 1,450 | $ 1,450 |
| | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | |
| 1st Nationstar | | | $ 920 | $ 920 | $ 920 | $ 920 | $ 920 | $ 920 | $ 920 | $ 920 | $ 920 |
| 2nd Real Time Resolutions | | | | | | | | | | | |
| 3rd Alomar Bail Bonds | | | | | | | | | | | |
| 4th Montana Bail Bonds | | | | | | | | | | | |
| Property taxes | $ 109 | $ 109 | $ 109 | $ 109 | $ 109 | $ 109 | $ 109 | $ 109 | $ 109 | $ 109 | $ 109 |
| Property Insurance | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 | $ 67 |
| Maintenance/Repairs* | $ 3,000 | $ 3,000 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 |
| **Total Expenses** | $ 3,176 | $ 3,176 | $ 1,446 | $ 1,446 | $ 1,446 | $ 1,446 | $ 1,446 | $ 1,446 | $ 1,446 | $ 1,446 | $ 1,446 |
| | | | | | | | | | | | |
| **Net Income** | $ (1,726) | $ (1,726) | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 | $ 4 |

Debtor requires approximately $6,000 to make a one time repairs to dryer ducts, roof and air conditioning unit. Debtor will make repairs as funds are available in Cash Collateral account.